UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

DAVID BERRY,                  Chapter 13
                                          Case No. 13-54263-MBM
                                          Hon. Marci B. McIvor

                Debtor.
_____/

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(a)(3)

NOW COMES Heather Berry, individually and as Personal Representative of the Estate of Yesan Berry, Deceased (hereinafter "Movant"), by and through her attorneys, Gold, Lange & Majoros, P.C., and shows unto this Honorable Court as follows:

1. On July 25, 2013, David Berry (hereinafter "Debtor") filed a petition under Chapter 13 of the Bankruptcy Code.

2. A confirmation hearing is scheduled for October 24, 2013.

3. Movant and her late husband, Yesan Berry, loaned $320,000.00 to the Debtor and to Zebra Group, Inc., a Michigan entity in which the Debtor is the sole shareholder, officer and manager (hereinafter "Loan").

4. In order to secure the Loan, the Debtor granted a mortgage and an assignment of rents and leases in favor of Movant and her late husband. The collateral is a gas station located at 3300 Greenfield Road, Dearborn, Michigan 48120 (hereinafter "Property"). See **Exhibit 6-A** attached hereto.

5. The Debtor lists the Property on his Schedule A. See **Exhibit 6-B** attached hereto.

6. The Debtor lists his ownership interest in Zebra Group, Inc. on his Schedule B.

Zebra Group, LLC is not a debtor in bankruptcy. See **Exhibit 6-C** attached hereto.

7. In addition, the Debtor lists the secured debt owed to Movant on his Schedule D. See **Exhibit 6-D** attached hereto.

8. The Loan matured on October 1, 2012, and is in default. As of the date of filing, July 25, 2013, the total amount due with accrued interest was $358,493.25, exclusive of costs and accrued attorney fees.

9. Presently, the Property is leased to and operated by C & A Fuel Stop, LLC. The current rent pursuant to the lease is $3,500.00 per month, due on the first day of every month.

10. The Debtor lists the $3,500.00 per month payment as income on his Schedule I, along with an additional $485.00 per month from a residential property.

11. By letter dated May 22, 2013, Movant exercised her rights under the assignment of rents and leases pursuant to her counsel's letter, which was personally served on C & A Fuel Stop on May 28, 2013. See **Exhibit 6-E** attached hereto.

12. C & A Fuel Stop has failed and/or refused to pay to Movant the monthly rent due for June, July and August.

13. Movant wishes to pursue all available remedies as a secured lender, including collecting the $3,500.00 rent from C & A Fuel Stop and/or Zebra Group, Inc., as well as foreclosing on the Property which serves as collateral for the Loan.

14. The Debtor's Schedules list a value for the Property in the amount of $500,000, with a lien (in favor of Movant) in the amount of approximately $317,000.

15. The Debtor's Chapter 13 Plan of reorganization proposes to apply the rents obtained from the Property to fund a 100% repayment to general unsecured creditors, while retaining a substantial amount of non-exempt property, including the Debtor's personal residence.

See **Exhibit 6-E** attached hereto.

16. The Debtor's Plan further proposes to repay the Loan owed to Movant in full "during life of the Plan" vis-à-vis a purported sale of the Property at a later (undetermined) date.

17. Cause exists for relief from the automatic stay for the following reasons:

(a) The Movant is not adequately protected pursuant to 11 U.S.C. §362(d)(1) in that the Loan matured on October 1, 2012 and she has received no payments on the Loan between October 1, 2012 and the petition date;

(b) The Debtor's plan proposes to pay her approximately $700 per month, whereas Movant holds a valid assignment of rents and is entitled to the rents paid by C & A Fuel Stop, LLC in the amount of $3,500.00 per month – Debtor's plan proposes to reduce the monthly rents to which Movant is otherwise entitled by 80% for the life of the plan; and,

(c) Pursuant to 11 U.S.C. §362(d)(2)(B), the Property is not necessary to an effective reorganization.

17. Pursuant to L.B.R. 9014-1(b)(1), attached is a copy of the proposed Order Granting Relief from the Automatic Stay and Entry of Order Waiving the Provision of Fed. R. Bankr. P. 4001(a)(3) labeled as **Exhibit 1**.

18. In the event a hearing on this motion is held and after said hearing the Court orders submission of an order in substantial compliance with Exhibit 1, Movant requests that presentment of said Order be waived.

19. Concurrence in the relief sought in this Motion was requested and not granted. Thus, the filing of this Motion was necessary.

WHEREFORE, Heather Berry requests entry of an Order terminating or modifying the automatic stay and granting the following:

3

1. Relief from the stay, for all purposes allowed by the Assignment of Rents, the Mortgage and applicable law, including but not limited to, the right to foreclose allowing Movant (any successors or assigns) to proceed under applicable non-bankruptcy law to enforce her remedies to foreclose upon and obtain possession of the Property law and/or permitting Movant to proceed against Zebra Group, Inc. and/or C & A Fuel Stop, LLC pursuant to the Assignment or Rents;

2. That the Order be binding and effective notwithstanding any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived;

4. For such other relief as the Court deem just and proper under the circumstances.

Respectfully Submitted,

GOLD, LANGE & MAJOROS, P.C.

Dated: September 20, 2013  By:  /s/ Jason P. Smalarz
STUART A. GOLD (P27766)
JASON P. SMALARZ (P71042)
Attorneys for Movant
24901 Northwestern Hwy., Ste. 444
Southfield, MI 48075
(248) 350-8220
jsmalarz@glmpc.com

Respectfully submitted,

By:  /s/ Stephen M. Landau
STEPHEN M. LANDAU (P16383)
Attorney for Movant
41850 West 11 Mile Road, Suite 202
Novi, MI 48375-1819
(248)358-0870
sml@slandau.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

DAVID BERRY,   Chapter 13
   Case No. 13-54263-MBM
   Hon. Marci B. McIvor

        Debtor.
_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION OF FRBP 4001(a)(3)

      Heather Berry, by and through her attorneys, Gold, Lange & Majoros, P.C., having filed a Motion for Relief from the Automatic Stay and Entry of Order Waiving the Provisions of FRBP 4001(a)(3); and no opposition for the relief requested having been timely filed by any of the interested parties, and the Court being fully advised in the premises;

      IT IS HEREBY ORDERED that the Motion is Granted.

      IT IS FURTHER ORDERED that the Automatic Stay, as applicable, is terminated as to Heather Berry, individually and as Personal Representative of the Estate of Yesan Berry, Deceased, her successors and assigns, with respect to the Property located at 3300 Greenfield Road, Dearborn, Michigan 48120 to allow Movant to exercise her federal and/or state law rights to the property for all purposes allowed by the Assignment or Rents, the Mortgage and applicable law, including but not limited to, the right to foreclose allowing Movant (any successors or assigns) to proceed under applicable non-bankruptcy law to enforce her remedies to foreclose upon and obtain possession of the Property law and/or permitting Movant to proceed against Zebra Group, Inc. and/or C & A Fuel Stop, LLC pursuant to the Assignment or Rents;

**EXHIBIT 1**

IT IS FURTHER ORDERED that this Order is effective immediately upon entry by this Court notwithstanding the provisions of FRBP 4001(a)(3), and shall be binding and effective despite and conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


IN THE MATTER OF:

DAVID BERRY,   Chapter 13
              Case No. 13-54263-MBM
              Hon. Marci B. McIvor

           Debtor.
_____/

## NOTICE OF MOTION AND OPPORTUNITY FOR HEARING

    Heather Berry has filed papers with the Court to seek relief from the automatic stay.

    **Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the Court to allow the grant the Motion for Relief from the Automatic Stay and Entry of Order Waiving the Provision of FRBP 4001(a)(3), or if you want the Court to consider your views on the Motion, within fourteen (14) days from the date of service of the Notice, you or your attorney must:

1. File with the Court a written response or request for hearing, explaining your position at:[1]

           United States Bankruptcy Court
           211 West Fort Street, Suite 2100
           Detroit, Michigan 48226

    If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it within the above-stated time period.

### EXHIBIT 2

---

[1]Response or answer must comply with F.R.Civ. P.8(b)(c) and (e)

2. Mail a copy to:

                      Jason P. Smalarz, Esq.
                      Gold, Lange & Majoros, P.C.
                      24901 Northwestern Highway
                      Ste. 444
                      Southfield, MI 48075

3. If a response or request for hearing is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion, and may enter an Order granting that relief.**

                                                        Respectfully Submitted,

                                                        GOLD, LANGE & MAJOROS, P.C.


Dated: September 20, 2013                               By: /s/ Jason P. Smalarz
                                                                    JASON P. SMALARZ (P71042)
                                                                    Attorneys for Movant
                                                                    24901 Northwestern Highway
                                                                    Suite 444
                                                                    Southfield, Michigan 48075
                                                                    (248) 350-8220
                                                                    Email: jsmalarz@glmpc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

DAVID BERRY,                      Chapter 13
                                    Case No. 13-54263-MBM
                                    Hon. Marci B. McIvor
           Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2013, I electronically filed:

- Motion for Relief from the Automatic Stay and Entry of Order Waiving the Provision of FRBP 4001(a)(3)

with the Clerk of the Court using ECF system which will send notification of such filing to the following:

Office of the United States Trustee
211 W. Fort Street, Suite 700
Detroit, MI 48226

Office of the Chapter 13 Standing Trustee
David Wm Ruskin
26555 Evergreen Road, Ste. 1100
Southfield, MI 48076

Aaron J. Scheinfield
Goldstein Bershad & Fried PC
4000 Town Center, Suite 1200
Southfield, MI 48075

and I also hereby certify that I mailed by First Class Mail with the United States Postal Service copies of the above-noted documents to the following non-ECF participants:

Heather Berry
4172 Island Park
Waterford, MI 48329

David Berry
9355 Beck Rd.
Plymouth, MI 48170

Dated: September 20, 2013          /s/ Jason P. Smalarz
                                        JASON P. SMALARZ (P71042)
                                        Attorney for Movant
                                        24901 Northwestern Hwy., Suite 444
                                        Southfield, MI 48075
                                        Phone: (248) 350-8220
                                        jsmalarz@glmpc.com